IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv193

| TERESA ANN HENSLEY, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BOBBY R. SUTTLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Seal [# 2]. Upon a review of the motion, the relevant legal authority, and the record, the Court **GRANTS** the motion [# 2]. The Court **DIRECTS** the Clerk to **SEAL** the Complaint [# 1].

Signed: August 11, 2014

Dennis L. Howell
United States Magistrate Judge