# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:14 cv 193

| | |
|---|---|
| TERESA ANN HENSLEY, as relator on behalf of the State of North Carolina, and as Administrator of the Estate of **David Lee Hensley, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> BOBBY R. SUTTLES, Individually and in his Official Capacity as former Sheriff of Haywood County, **et al.**, <br><br> Defendants. | ORDER |

Pending before the Court is the Motion to Substitute Party [# 59] filed by Plaintiff Teresa Ann Hensley. Plaintiff's counsel, however, did not contemporaneously file a brief as required by LCvR 7.1(C).

Therefore, the Court **DENIES** the motion [# 59] without prejudice. Plaintiff's counsel may refile a motion along with a separate brief concerning the relief sought.

Signed: December 12, 2017

_____
Dennis L. Howell
United States Magistrate Judge