# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:14 cv 193

| | | |
|---|---|---|
| **TERESA ANN HENSLEY,** *Administrator* *of the Estate of David Lee Hensley*, **et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **BOBBY R. SUTTLES,** *Individually and in* *his official capacity as former Sheriff of* *Haywood County,* **et al.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

Pending before the Court is the Motion to Substitute Party [# 63]. Plaintiff moves to have Saralyn C. Price of the estate of Michael Scott Price, deceased, to be substituted as named defendant. It appears to the Court that named Defendant Michael Scott Price is deceased and that Saralyn C. Price has been duly appointed and is qualified and acting as the administrator of his estate. It further appears to the Court that the cause of action survives the death of named Defendant Michael Scott Price.

For good cause shown, the Court **GRANTS** the motions [# 63]. The Court **ORDERS** that Saralyn C. Price, administrator of the estate of Michael Scott Price, deceased, is hereby substituted as named defendant and this substitution shall be hereafter shown in the title to this action.

Signed: February 16, 2018

_____

Dennis L. Howell
United States Magistrate Judge

