IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00193-MR-DLH

| | |
|---|---|
| TERESA ANN HENSLEY, Administrator of the Estate of David Lee Hensley, H.H., a minor, by and through her parent and next friend, TERESA ANN HENSLEY, as General Guardian, RACHELLE FERGUSON, Individually, and STATE OF NORTH CAROLINA EX REL., Estate of David Lee Hensley, H.H., and Rachelle Ferguson, <br><br>                Plaintiffs, <br><br>vs. <br><br>MICHAEL SCOTT PRICE, Individually and in his official capacity as Lieutenant of the Haywood County Sheriff's Department, KEITH ALLEN BEASLEY, Individually and in his Official Capacity as Deputy Sheriff of the Haywood County Sheriff's Department, THE OHIO CASUALTY INSURANCE COMPANY, and WEST AMERICAN INSURANCE COMPANY, Corporate Sureties on the official bond of the Sheriff of Haywood County, <br><br>                Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion for Stay of Proceedings Pending the Petition for Cert to the United States Supreme Court [Doc. 69].

For the reasons stated by the Defendants and for cause shown, the Court will grant the Defendants' motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Stay [Doc. 69] is **GRANTED**, and this case is hereby **STAYED** pending the United States Supreme Court's ruling on the Defendants' petition for writ of certiorari. The parties shall notify the Court within fourteen (14) days of the Supreme Court's action on the Defendants' petition.

**IT IS SO ORDERED.**

Signed: February 19, 2018

Martin Reidinger
United States District Judge