# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00193-MR-DLH

| | |
|---|---|
| TERESA ANN HENSLEY, Administrator of of the Estate of David Lee Hensley, et al., ) ) ) Plaintiffs, ) ) vs. ) **O R D E R** ) BOBBY R. SUTTLES, individually and in ) his official capacity as former Sheriff of ) Haywood County, et al., ) ) Defendants. ) _____ ) | |

**THIS MATTER** is before the Court on the Notice from the United States Supreme Court advising that the Defendants' petition for a writ of certiorari has been denied [Doc. 75].

In light of the denial of the Defendants' petition, the Court will lift the stay in this action and return this matter to the trial calendar.

**IT IS, THEREFORE, ORDERED** that the stay previously entered in this case in **LIFTED**, and this matter is hereby scheduled for trial during the May 14, 2018 trial term. The Court does not anticipate calling this matter for trial any earlier than May 21, 2018.

**IT IS FURTHER ORDERED** that a final pretrial conference shall be held on **Friday, May 11, 2018, at 9:00 a.m.**

**IT IS SO ORDERED.**

Signed: April 25, 2018

Martin Reidinger
United States District Judge